# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 4:22-CR-9-2 |
| | ) |
| BURNEY COBB, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Counsel in the above-captioned case has advised the Court that the pretrial motions filed on behalf of the defendant have been complied with and/or resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

IT IS ORDERED that the pretrial motions (docs. 40 - 44) filed on behalf of the defendant, Burney Cobb, are DISMISSED.

SO ORDERED, this 9th day of May, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA